```
USDC SDNY
DOCUMENT  Stein
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/23/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
10th AVENUE HOSPITALITY GROUP, : Case No. 10 Civ. 5274 (SHS) (GWG)
LLC,                           :
                               : ECF CASE
           Plaintiff,          :
                               :
    - against -                :
                               :
AMC ENTERTAINMENT, INC.,       :
LIVE! HOLDINGS, LLC,           :
THE CORDISH COMPANY, and       :
REED CORDISH,                  :
                               :
           Defendants.         :
                               :
-----------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the

undersigned parties of record for all parties hereto, that the above-entitled action having been

settled, the action including all claims and counterclaims is hereby dismissed with prejudice

pursuant to Fed. R.. Civ. P. Rule 41(a)(1)(ii), without costs or attorneys fees to any party. This

Stipulation may be filed with the Clerk of this Court without further notice.

Dated: September 10, 2010

SCHWARTZ & THOMASHOWER LLP

By: *William Thomashower*
    William Thomashower

15 Maiden Lane, Suite 705
New York, New York 10038-5120
Tel: (212) 227-4300

Attorneys for Plaintiff Tenth Avenue
Hospitality Group LLC

2

LAW OFFICES OF CORDISH AND
CORDISH

By: _____
    J. Shai Ingber, Esq.

601 East Pratt Street
Sixth Floor
Baltimore, MD 21202
Tel: (410) 539-4141

Attorneys for Defendants AMC Entertainment,
Inc., LIVE! Holdings, LLC; The Cordish
Company and Reed Cordish

SO ORDERED - 9/23/10

_____
U.S.D.J.